```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 11515
   DEBORAH MAYEN
   HUGO MAYEN                                    CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

             Debtor
   SSN XXX-XX-1837     SSN XXX-XX-1612

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/06/2008 and was not confirmed.

     The case was dismissed without confirmation 08/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG       .00           .00           .00
CITIMORTGAGE INC           MORTGAGE ARRE     22686.23        .00           .00
CITI MORTGAGE              UNSECURED         NOT FILED       .00           .00
AMERICAN COLLECTION        UNSECURED         NOT FILED       .00           .00
APPLIED CARD BANK          UNSECURED         NOT FILED       .00           .00
ECAST SETTLEMENT CORP      UNSECURED          1109.85        .00           .00
CHASE BANK USA NA          UNSECURED           433.31        .00           .00
CHASE BANK USA NA          UNSECURED           612.74        .00           .00
LVNV FUNDING               UNSECURED           437.67        .00           .00
CITIBANK USA               UNSECURED         NOT FILED       .00           .00
PREMIER BANKCARD           UNSECURED           324.84        .00           .00
CARE CREDIT                UNSECURED           990.57        .00           .00
MEDICAL COLLECTIONS SYS    UNSECURED         NOT FILED       .00           .00
MEDICAL COLLECTIONS SYS    UNSECURED         NOT FILED       .00           .00
MEDICAL COLLECTIONS SYS    UNSECURED         NOT FILED       .00           .00
MEDICAL RECOVERY SPECIAL   UNSECURED         NOT FILED       .00           .00
MEDICAL RECOVERY SPECIAL   UNSECURED         NOT FILED       .00           .00
MEDICAL RECOVERY SPECIAL   UNSECURED         NOT FILED       .00           .00
MEDICAL RECOVERY SPECIAL   UNSECURED         NOT FILED       .00           .00
NCO FINANCIAL GROUP        UNSECURED         NOT FILED       .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED         NOT FILED       .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         NOT FILED       .00           .00
CENTER ONE                 UNSECURED         NOT FILED       .00           .00
WEST ASSET MANAGEMENT      UNSECURED         NOT FILED       .00           .00
MITSBUISHI MOTORS          SECURED VEHIC      7202.77        .00           .00
CHASE BANK USA NA          SECURED NOT I       .00           .00           .00
CITIMORTGAGE               NOTICE ONLY      NOT FILED        .00           .00
B-REAL LLC                 UNSECURED          2204.32        .00           .00
BENNIE W FERNANDEZ         DEBTOR ATTY         .00                         .00
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                          .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
```

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 11515 DEBORAH MAYEN & HUGO MAYEN

```
--------------------------------------------------------------------------------
TRUSTEE                                             .00

PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                         ---------------    ---------------
TOTALS                                              .00                .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/19/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 08 B 11515 DEBORAH MAYEN & HUGO MAYEN